## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Fairman Studios, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No.** _____ |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Metro Chicago Surgical Oncology, LLC** | ) | |
| | ) | |
| **Defendant** | ) | |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff Fairman Studios, LLC (hereinafter "Fairman" or "Plaintiff"), for its Complaint against defendant Metro Chicago Surgical Oncology, LLC ("MCSO") ("Defendant"), alleges as follows.

## INTRODUCTION

1.      This is an action for direct copyright infringement brought by Plaintiff Fairman Studios, LLC against Defendant.

## JURISDICTION AND VENUE

2.      This Court has personal jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1331 and 1338(a).

3.      This Court has personal jurisdiction over Defendant by virtue of (a) its transacting, doing and soliciting business in the Northern District of Illinois, and/or (b) a substantial part of the relevant events occurring in the Northern District of Illinois.

4.      Venue in this District is proper under 28 U.S.C. § 1391(b) and (c) and/or 28 U.S.C. § 1400(a). A substantial part of the acts of infringement complained of herein occurred in this District, and/or this is a District in which Defendant can be found.

## THE PARTIES

5.      Plaintiff is a limited liability company registered in the State of Delaware with a place of business at 4474 Columbia Road, Ellicott City, MD 21042.

6.      Defendant MCSO is a limited liability company registered in the State of Illinois with a place of business at 1201 Old Glenview Road, Suite 130, Wilmette, Illinois 60091.

## FACTS

### Background of Jennifer Fairman

7.      Jennifer E. Fairman, CMI, FAMI ("Ms. Fairman"), owner of Fairman Studios, LLC, is a certified medical illustrator, one of approximately one thousand medical illustrators worldwide. She has created illustrations for medical and healthcare clients for nearly 20 years. Her highly detailed and technical illustrations have appeared in numerous publications, including textbooks, circulars and electronic publications by the American Urological Association, The National Institutes of Health, the Smithsonian, The Journal of Bone & Joint Surgery, Harcourt, Inc. and Houghton Mifflin, among others. Major biotech, medtech and pharmaceutical companies including AstraZeneca, Bayer, Merck and Eli Lilly & Company also have obtained licenses from Plaintiff to use these illustrations.

8.      In the course of her career, Ms. Fairman has won numerous prestigious awards recognizing her illustrations' excellent capacity to clarify complex scientific concepts, including awards from the National Science Foundation and the Association of Medical Illustrators, among others. Since 2009 alone, her awards include:

- Best Multispecialty Video, *Transvaginal Extraction at Donor Nephrectomy,* 18th Society of Laparoendoscopic Surgeons Annual Meeting & Endoscopic Expo (2009)

- Max Brödel Award of Excellence, Professional Instructional Tone, *Laparoscopic Gastric Band Placement,* Association of Medical Illustrators National Meeting (2009)

- Award of Merit, Professional Editorial, *Branched Tricarboxylic Acid Metabolism in Plasmodium Falciparum,* Association of Medical Illustrators National Meeting (2010)

- Award of Merit, Professional Instructional Tone, *Thoracoscopic Repair of Esophageal Diverticulum,* Association of Medical Illustrators National Meeting (2010)

- Award of Excellence, Professional Editorial, *Killer in The Blood: Mapping Malaria's Lethal Lifecycle, A*ssociation of Medical Illustrators National Meeting (2011)

- Ralph Sweet Member's Choice Award, *Killer in The Blood: Mapping Malaria's Lethal Lifecycle,* Association of Medical Illustrators National Meeting (2011)

- Muriel McLatchie Miller Fine Art Award, *Exploring Flora – Cicada I,* Association of Medical Illustrators National Meeting (2011)

- Finalist Honor, Posters and Graphics Category, National Science Foundation, *Killer in The Blood: Mapping Malaria's Lethal Lifecycle,* International Science and Engineering Visualization Challenge (2011)

- Giliola Gamberini Award, Selected Works, Finalist Honor, International Competition for Medical and Scientific Illustration, Department of Biomedical and Neuromotor Sciences of Bologna University in collaboration with the Instituto Ortopedico Rizzoli of Bologna, Bologna, Italy (2015)

- Ralph Sweet Member's Choice Award, *Z-Ring Stabilization and Constriction Rate Modulation of the ZapA-ZapB-MatP Protein Network,* Association of Medical Illustrators

National Meeting (2015)

- Finalist Honor, Posters and Graphics Category, VIZZIES, National Science Foundation, International Science and Engineering Visualization Challenge (2015)

- Finalist Honor, Illustration Category, VIZZIES. National Science Foundation (2015)

- People's Choice Award, Illustration Category, VIZZIES, National Science Foundation, published in Popular Science (2015)

- Award of Excellence, Professional Editorial, *Snip vs. Shred,* Association of Medical Illustrators National Meeting (2016)

- Award of Excellence, Professional Illustrated Book, *The Atlas of Minimally Invasive Surgical Operations,* Association of Medical Illustrators National Meeting (2018)

- IBPA Silver Award for Health and Fitness, Diabetes Head to Toe: Everything You Need to Know about Diagnosis, Treatment, and Living with Diabetes, Johns Hopkins University Press (November 2018)

- Spring 2019 Silver – Digital Health Awards, The Johns Hopkins Patient Guide to Diabetes Website (2019)

- Jurors' Choice, Images from Science 3, *Snip vs. Shred*, Rochester Institute of Technology and Johns Hopkins University School of Medicine (2019)

**The Works at Issue**

9.      Fairman created and is the author of the following five illustrations: male anatomy (anterior view), male pelvis (mid-sagittal view), bladder, prostate and penis (in coronal view) and prostate (coronal view) (Exhibit A).

10.      In 2003, Fairman created and licensed the five illustrations shown in Exhibit A (each individually a "Work" and collectively the "Works") to the American Urological

Association and its affiliate the Urological Care Foundation for use on the Urological Care Foundation website and incorporation into brochures produced and distributed by these organizations. Fairman retained ownership of all copyright rights in the Works and the right to license the Works to third parties.

11.     Each Work, along with other original medical illustrations created by Fairman, is licensed on an individual basis by Fairman through her website www.illustr8science.com, and therefore each illustration individually has independent economic value.

12.  Copyrights in the Works were registered by Fairman as part of a group of drawings, entitled Urology Health Illustration Series, on April 26, 2016 (Copyright Reg. No. VA 2-021-242). A copy of the registration certificate is attached as Exhibit B.

## The American Urology Association and Urological Care Foundation

13.     Use of Fairman's illustrations licensed to the American Urology Association/Urological Care Foundation is tightly controlled. Specifically, and as described in the Urology Care Foundation Link Policy (the "Link Policy") (Exhibit C), "[u]nless otherwise indicated, The Urology Care Foundation requires permission for individual pages or content to be to be copied or reproduced for distribution. Users may not reproduce, publish, transmit, distribute, display, modify, create derivative works from, sell or participate in any sale of or exploit in any way, in whole or in part, any of the contents of this site, without prior written permission."

14.  The Link Policy also states that the Urology Care Foundation

"may grant the owner of an approved website permission to use a hypertext link on his or her Web site, provided:

- Individuals or organizations wishing to link to the Urology Care Foundation Web site should direct their link to http://www.urologyhealth.org for permission.

- Any text-only link must clearly be marked "Urology Care Foundation" The link must "point" to the URL www.UrologyHealth.org and to any other page(s) within the Web site.

- The appearance, position and other aspects of either the link or the host Web site may not be such as to damage or dilute the goodwill associated with the Foundation's name and trademarks and is permitted at the sole discretion of the Foundation.

- The appearance, position and other aspects of either the link or the host Web site may not create the false appearance that an entity other than Urology Care Foundation is associated with or sponsored by the Foundation.

- Urology Care Foundation reserves the right to revoke its consent to the link at any time in its sole discretion by amending these Terms of Use. Urology Care Foundation is not responsible for the information or materials contained on the host Web site. Links to this Web site are provided for convenience of reference only and are not intended as an endorsement by Urology Care Foundation of the organization or individual operating the host Web site or a warranty of any type regarding the host Web site or the information on the host Web site."

15.     On information and belief, neither American Urological Association nor the Urology Care Foundation ever granted permission to Defendant to copy or display Plaintiff's works in any manner. Indeed, under the terms of the American Urology Association/Urological Care Foundation's agreement with Fairman, they are prohibited from granting any permission or license to reproduce and use the Works without Fairman's express permission.

**Infringement of Works by Defendant**

16.     In late February 2020, Plaintiff discovered that, without its permission, Defendant copied and displayed images of the Works on pages of its website located at URL www.mcsodoctors.com, specifically:

- https://mcsosdoctors.com/prostate-biopsy and
- https://mcsodoctors.com/anatomy-image

(See Exhibit D)

17. On information and belief, Defendant first copied and displayed the images of the Works sometime in 2018, after the copyright in the Works was registered.

18. The images of the Works appearing on Defendant's website are exact copies of Plaintiff's original illustrations. Defendant simply cut and pasted copies of the Works from the UCF website in contravention of the UCF Link Policy and without Plaintiff's authorization.

19. Fairman's hand-written copyright notice, which is included on all of her illustrations, was deliberately removed or otherwise obscured by Defendant from four of the five infringed works displayed on Defendant's website. The deletions of Fairman's copyright notice constitute the only alterations to the Works appearing on Defendant's website.

20. On March 3, 2020, Plaintiff, through the undersigned counsel, sent a letter to Defendant demanding the immediate removal of the Works from Defendant's website and seeking damages for the infringement of the Works. The copies of the Works were subsequently removed from Defendant's website.

21. Following multiple exchanges of correspondence between Defendant's counsel and Plaintiff's counsel regarding payment of damages, the matter remains unresolved.

**COUNT ONE**

**COPYRIGHT INFRINGEMENT**

22. Fairman repeats and re-alleges the allegations set forth in paragraphs 1 through 21.

23. Fairman is the author, owner and copyright holder of the Works identified in this Complaint.

24. Plaintiff has been and still is the sole owner of all rights, title, and interest in and to the Works.

25.     Defendant unlawfully and willfully copied and displayed the five Works in violation of the exclusive rights belonging to Plaintiff as owner of the copyright in the Works under 17 U.S.C. § 106.

26.     As a direct and proximate result of its wrongful conduct, Defendant has deprived Fairman of license fees, profits and other benefits rightfully belonging to Fairman.

27.     Based on information and belief, Defendant, as a result of its wrongful conduct, has realized profits and other benefits rightfully belonging to Fairman.

28.     Accordingly, Fairman seeks an award of actual damages plus Defendant's profits attributable to the infringement that are not taken into account in computing actual damages, pursuant to 17 U.S.C. §§ 504 and 505.

29.     Alternatively, Fairman is entitled to recover the maximum allowable statutory damages in the amount of $150,000 pursuant to 17 U.S.C. § 504(c), for each of the five Works, for a total of $750,000, on account of Defendant MCSO's willful infringement, as evidenced by its awareness and removal of Fairman's copyright notice.

30.     Plaintiff is further entitled to its attorney's fees and full costs as the prevailing party pursuant to 17 U.S.C. § 505.

**COUNT TWO**

**False Copyright Management Information**

31.     Fairman incorporates by reference all of the allegations of paragraphs 1 through 30.

32.     Defendant unlawfully and willfully removed or deliberately obscured Fairman's copyright notice from four of the five infringed works in violation of 17 U.S.C. §1202(a).

33.     As a result, Defendant has deprived Fairman of the ability to claim credit and otherwise be associated with her Works.

34.     Based on information and belief, Defendant, as a result of their wrongful conduct, has realized profits and other benefits rightfully belong to Fairman.

35.     Accordingly, Fairman seeks an award of actual damages plus Defendant's profits attributable to the violation that are not taken into account in computing the actual damages pursuant to 17 U.S.C. §1203(c)(2).

36.     Alternatively, Fairman is entitled to recover the maximum allowable statutory damages in the amount of $25,000.00 pursuant to 17 U.S.C. §1203(c)(3)(B) for each of the four Works from which her copyright notice was removed, for a total of $100,000.00.

**COUNT THREE**

**Injunction**

37.     Fairman incorporates by reference all the allegations of paragraphs 1 through 36.

38.     Based on information and belief, Defendant retains electronic or paper copies of the Works or other illustrations created and owned by Fairman and may intend to use, license, display or publish them in the future.

39.     Such use, license, display or publication of the Works in any manner will cause Fairman to sustain substantial and irreparable injury that cannot fully be compensated for or measured in money.

40.     Fairman is informed and believes, and on that basis avers that unless enjoined and restrained by this Court, Defendant will infringe Fairman's rights in the Works or other illustrations created by and owned by Fairman and the copyrights therein. Pursuant to 17 U.S.C.

§ 502, Fairman is entitled to an injunction prohibiting infringement of its copyright and exclusive rights under copyright.

41.     Fairman is further entitled to her attorney's fees and full costs as the prevailing party, pursuant to 17 U.S.C. §502.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court enter judgement in its favor on each and every claim for relief set forth above and award it relief including, but not limited to the following:

A.     Statutory damages in the amount of $150,000.00 for each of the five Works infringed, pursuant to 17 U.S.C. 504(c)(2), for a total $750,000.00 from Defendant.

B.     Alternatively, Fairman's actual damages or profits of Defendant attributable to the infringement of the five works not taken into account in computing actual damages, pursuant to 17 U.S.C. § 504(b).

C.     Statutory damages in the amount of $25,000.00 for each of the four works bearing false copyright management information pursuant to 17 U.S.C. § 1203(c)(3)(B), for a total of $100,000.00.

D.     Alternatively, for each of the four works bearing false copyright management information actual damages plus Defendants' profits attributable to the violation of 17 U.S.C. §1202 that are not taken into account in computing the actual damages pursuant to 17 U.S.C. §1203(c)(2).

E.     Fairman's costs and reasonable attorney's fees and disbursements in this action pursuant to 17 U.S.C. § 505.

F.      A permanent injunction enjoining Defendant and all persons in active concert or participation with Defendant from copying and displaying the Works or any other illustrations created and owned by Fairman in any manner on any print or media platform without limitation.

G.      An order requiring Defendant to destroy all paper and electronic copies of materials containing unauthorized copies of the Works or any other illustrations created and owned by Fairman.

H.      Such other and further relief as this Court deems just and proper.


Dated: June 11, 2020                    ATTORNEYS FOR FAIRMAN STUDIOS, LLC


                                        __/s/__*David C. Deal*_____
                                        David C. Deal (VA Bar No.: 86005)
                                        The Law Office of David C. Deal, P.L.C.
                                        P.O. Box 1042
                                        Crozet, VA 22932
                                        Phone: (434) 233-2727
                                        Email: david@daviddeal.com


                                        Louis J. Levy
                                        Belles Katz LLC
                                        12115 Trailridge Drive
                                        Potomac, MD 20854
                                        Phone: (240) 453-9211
                                        Email: llevy@belleskatz.com


                                        Tobey B. Marzouk
                                        Marzouk & Parry, PLLC
                                        1901 Pennsylvania Ave., NW, Suite 607
                                        Washington, DC  20006
                                        Phone: (202) 463-7293
                                        Email: tmarzouk@mptechlaw.com

**EXHIBIT A**











**EXHIBIT B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-021-242

**Effective Date of Registration:**
April 26, 2016

---

**Title** _____

|  |  |
|---|---|
| **Title of Work:** | Adrenal Gland (Coronal) |
| **Series Title:** | Urology Health Illustration Series<br>**Volume:** A<br>**Number:** 03-0002<br>**Date on Copies:** 2003 |
| **Content Title:** | Adrenals_Anterior |
|  | AdrenalsKidneys_Anterior |
|  | AdrenalsKidneys2 |
|  | Bladder_coronal |
|  | Bladder_Fistula |
|  | BladderCancer |
|  | BladderDiverticulum |
|  | BladderProstatePeniscoronal |
|  | BPH |
|  | Catheterization_Female |
|  | Catheterization_Male |
|  | Ectopic_Kidney |
|  | Ectopic_ureter |
|  | Female_Anterior |
|  | Female_Anterior2 |
|  | FemalePelvis_midsagital |
|  | Figure_kidneys.jpg |
|  | Horseshoe_Kidney |
|  | Hydrocele |

Hypospadias

Inguinal_Hernia

InguinalHernia

InguinalHernia2

Kidney_Anteriorposition

Kidney_coronal

KidneysSupUreter_anterior

KidneyStones

Male_Anterior

Male_Anterior2

MalePelvis_midsagital

Megaureter

Penile_Implant

Prostate_coronal

Retrograde_Ejaculation

Retrograde_Ejaculation2

T1_KidneyCancerStage

T1_ProstateCancer

T2_KidneyCancerStage

T2a_ProstateCancer

T2b_ProstateCancer

T2c_ProstateCancer

T3_ProstateCancer

T3a_KidneyCancerStage

T3a_ProstateCancer

T3b_KidneyCancerStage

T3b_ProstateCancer

T3c_KidneyCancerStage

T4_KidneyCancerStage

T4_ProstateCancer

Testicular_torsion



testicular_tumors

Testis_midsagital

Undescended_Testicle

UPJ

UPJ2

UreteralStones

Ureterocele

UretersBladder_coronal

Urinary_sys

UterusVagina_coronal

Varicocele

Vasectomy

Vesicoureteral_reflux2-Normal-GV

## Completion/Publication

**Year of Completion:** 2003
**Date of 1st Publication:** June 27, 2003
**Nation of 1st Publication:** United States

## Author

- **Author:** Fairman Studios, LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Fairman Studios, LLC
108 Woodlawn Rd, Baltimore, MD, 21210, United States

## Rights and Permissions

**Organization Name:** Fairman Studios, LLC
**Name:** Jennifer E. Fairman
**Email:** jfairman@fairmanstudios.com
**Telephone:** (781)647-7510
**Address:** 108 Woodlawn Road

Baltimore, MD 21210

## Certification

**Name:** Jennifer E. Fairman
**Date:** April 26, 2016
**Applicant's Tracking Number:** 03-0002A

**Correspondence:** Yes



Page 4 of 4

**EXHIBIT C**

Advertisement

## Link Policy

### Linking Information

The Urology Care Foundation encourages links to its public Web resources.

The Urology Care Foundation may grant the owner of an approved website permission to use a hypertext link on his or her Web site, provided:

- Individuals or organizations wishing to link to the Urology Care Foundation Web site should direct their link to http://www.urologyhealth.org for permission.

- Any text-only link must clearly be marked "Urology Care Foundation"

- The link must "point" to the URL www.UrologyHealth.org and to any other page(s) within the Web site.

- The appearance, position and other aspects of either the link or the host Web site may not be such as to damage or dilute the goodwill associated with the Foundation's name and trademarks, and is permitted at the sole discretion of the Foundation.

- The appearance, position and other aspects of either the link or the host Web site may not create the false appearance that an entity other than Urology Care Foundation is associated with or sponsored by the Foundation.

- Urology Care Foundation reserves the right to revoke its consent to the link at any time in its sole discretion by amending these Terms of Use. Urology Care Foundation is not responsible for the information or materials contained on the host Web site. Links to this Web site are provided for convenience of reference only and are not intended as an endorsement by Urology Care Foundation of the organization or individual operating the host Web site or a warranty of any type regarding the host Web site or the information on the host Web site.

If a description is to be provided with the link, the following wording shall be used: UrologyHealth.org is the official Web site of the Urology Care Foundation.

The official foundation of the American Urological Association (AUA), the Urology Care Foundation is committed to advancing urologic research and education to improve patients' lives. The Foundation collaborates with researchers, healthcare professionals, patients and caregivers to accomplish its mission. The Urology Care Foundation was formerly known as the AUA Foundation.

5/8/2019                                    Link Policy - Urology Care Foundation

## Usage of Content

Unless otherwise indicated, The Urology Care Foundation requires permission for individual pages or content to be to be copied or reproduced for distribution. Users may not reproduce, publish, transmit, distribute, display, modify, create derivative works from, sell or participate in any sale of or exploit in any way, in whole or in part, any of the contents of this site, **without prior written permission.**

The Urology Care Foundation periodically redesigns its Web site, so content may be located at different Web page addresses. Every attempt is made to ensure existing links will continue to forward a user to their new requested page(s). However, it is strongly recommended that organizations review their external links frequently to ensure each link referenced is operational. For permissions requests, please email **Info@UrologyCareFoundation.org**

23

**EXHIBIT D**

TRACT INFECTIONS

DELAYED OR
PRECOCIOUS PUBERTY
IN MALES

ELEVATED PSA BLOOD
TEST

ERECTILE
DYSFUNCTION

FEMALE PELVIC
DISCOMFORT

FEMALE URINARY
BURNING SENSATION

FEMALE URINARY
DIFFICULTY

FEMALE URINARY
INCONTINENCE

GENETIC COUNSELING

GREENLIGHT PVP
LASER PROCEDURE

HEMATOSPERMIA

HEMATURIA

INTERSTIM

INTERSTITIAL CYSTITIS

KIDNEY STONES

MALE INFERTILITY

MALE MENOPAUSE

MANAGEMENT OF
STD'S

OVERACTIVE BLADDER

PAIN IN RECTAL AREA

PAIN IN SCROTUM

PAINFUL
INTERCOURSE

continued for three days.

It is recommended that no sexual intercourse or masturbation occur for 72 hours to allow some healing of the fresh needle tracts. It is common to have blood in the urine and stool for one week, which over time will decrease. Some patients will notice blood in their semen (bright red to dark brown with time) for many months after the procedure. It takes quite some time to flush the prostate of this blood. The blood will not cause any harm to your sexual partner. We ask that you stop using any aspirin or blood thinners 7 days before the procedure.

## GENERAL BIOPSY PROCEDURE



The prostate biopsy is a procedure that is performed because an elevated PSA or abnormal area has been identified in your prostate gland. It is impossible to determine the nature of such irregularities without obtaining a small amount of tissue with a needle biopsy for examination under a microscope. Our goal is to determine whether these abnormalities are the signs of an early or late stage prostate cancer. You will receive at the minimum 10 biopsies and possibly more during this procedure. It may need to be repeated in 3-months if negative since there is a 20-40% reported second positive biopsy rate if the first is negative for cancer.

## PRE-BIOPSY INSTRUCTIONS:

